# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re **TIME OUT MANAGEMENT LLC**,
Debtor

Case No. **8:18-bk-10592-CB**
Chapter 7

## DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE

**TIME OUT MANAGEMENT LLC**, debtor, moves the court:

1.
Debtor filed a petition under Chapter 7 of the Bankruptcy Code on **February 22**, 20**18**.

2.
Debtor moves the court to dismiss this case.

3.
Debtor feels that he/she can resolve his/her financial affairs with creditors without the aid of proceedings under the Bankruptcy Code and that the best interests of debtor and his/her creditors are served by dismissal of this case.

WHEREFORE, debtor prays for an order dismissing this case.

Dated: **March 8**, 20**18**    _____
Attorney for the Debtor